**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2732

_____

David Hackett,                      *
                                   *

          Appellant,        *

                               *   Appeal from the United States

   v.                         *   Tax Court.

                               *

Commissioner of the Internal Revenue   *       [UNPUBLISHED]
Service,                         *

                               *

          Appellee.         *

_____

Submitted:  December 24, 1997
Filed:  February 11, 1998

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

David Hackett appeals the tax court's decision sustaining deficiencies and additions to tax as determined by the Commissioner of the Internal Revenue Service. After careful review of the record and the parties' briefs, we conclude Hackett's arguments are meritless, and the decision of the tax court was correct.  We thus affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.